PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Ismael Perez**                                      Docket No. **09-CR-642**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Ismael Perez**, who was placed under pretrial release supervision by the **Honorable Esther Salas**, U.S. Magistrate Judge, sitting in the Court at Newark, New Jersey, on November 12, 2008, under the following conditions:

1. $200,000 bond secured by property.
2. The lien must be perfected within two weeks.
3. Surrender any passport and do not apply for travel documents.
4. Travel restricted to New Jersey.
5. Refrain from the use or unlawful possession of a narcotic drug unless prescribed by a doctor.
6. Drug testing and treatment, as deemed necessary by Pretrial Services.
7. Home incarceration. You are allowed out for court, counsel, and medical treatment. The cost of electronic monitoring shall be paid in full or part by the defendant.
8. Father is to co-sign the bond.

On November 13, 2008, the defendant was released on bail. He has remained compliant since that time.

On August 17, 2009, the defendant appeared before Your Honor for a plea hearing. His sentencing is scheduled for December 7, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER mental health treatment under the direction of Pretrial Services.

ORDER OF COURT

Considered and ordered this 17th day of Sept., 2009 and ordered filed and made a part of the records in the above case.

_____
Dickinson R. Debevoise
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/16/09

_____
Kenneth Rowan
U.S. Pretrial Services Officer